UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIT RAMESH AGARWAL,

    Petitioner,    Case No. 21-cv-12688
                                                     Hon. Matthew F. Leitman

v.

ROBERT E. LYNCH, *et al.*,

    Respondents.
_____/

**ORDER DENYING PETITIONER'S MOTION**
**FOR A TEMPORARY RESTRAINING ORDER (ECF No. 6)**

On November 23, 2021, Petitioner Amit Ramesh Agarwal filed a motion for a temporary restraining order in this habeas action. (*See* Mot., ECF No. 6.) The Respondents submitted a response in opposition to the motion (*see* Resp., ECF No. 8), Agarwal filed a reply (*see* Reply, ECF No. 9), and the Respondents filed a supplemental declaration of Deportation Officer Charles Smith in further opposition to the motion (*see* Smith Decl., ECF No. 11). The Court has reviewed the parties' submissions, and for the reasons explained during the second on-the-record status conference held on November 24, 2021, the motion is **DENIED**.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: November 24, 2021        UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764